

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDON SWITZER,<br><br>Defendant. | Case: 2:21-cr-20104<br>Judge: Michelson, Laurie J.<br>MJ: Patti, Anthony P.<br>Filed: 02-10-2021 At 03:08 PM<br>INDI USA V JORDON SWITZER (LG)<br>18 U.S.C. § 2251(a), (e)<br>18 U.S.C. § 2422(b)<br>18 U.S.C. § 2252A(a)(2)<br>18 U.S.C. § 2253 |

## **INDICTMENT**

THE GRAND JURY CHARGES:

At all times during this indictment, Minor Victim 1 (MV-1) was either 14 or 15 years old (with a date of birth in February 2004), residing in the Eastern District of Michigan.

### COUNT ONE
(Production of Child Pornography, 18 U.S.C. § 2251(a), (e))

At some point in 2019 and continuing through approximately September 2019, in the Eastern District of Michigan, and elsewhere, the defendant, JORDON SWITZER, attempted to and did knowingly employ, use, persuade, induce, entice, and coerce a minor, to wit: MV-1, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be

1

transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a), (e).

## COUNT TWO
(Online Enticement of a Minor, 18 U.S.C. § 2422(b))

At some point in 2019 and continuing through approximately September 2019, in the Eastern District of Michigan, and elsewhere, the defendant, JORDON SWITZER, did knowingly use a facility and means of interstate and foreign commerce (to wit: the Internet) to persuade, induce, entice and coerce a person who had not attained the age of 18 years, to wit: a MV-1, to engage in any sexual activity for which any person could be charged with a criminal offense, including but not limited to the production of child pornography, all in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
(Receipt of Child Pornography 18 U.S.C. § 2252A(a)(2))

At some point in 2019 and continuing through approximately September 2019, in the Eastern District of Michigan, the defendant, JORDON SWITZER, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8); and the

2

videos and images received by the defendant were mailed, shipped, and transported using the Internet, a means and facility of interstate or foreign commerce, and were mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

*[Space left intentionally blank.]*

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253 and Title 18, United States Code, Section 2428.

2. If convicted of an offense charged in Counts 1-3 set forth above, JORDON SWITZER, shall forfeit to the United States any and all materials and property used and intended to be used in the receipt, possession, and transportation of visual depictions of minors engaging in sexually explicit conduct, and any and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense.

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

Dated: February 10, 2021

SAIMA S. MOHSIN
Acting United States Attorney

MATTHEW A. ROTH
Assistant United States Attorney
Chief, Major Crimes Unit


*s/Kevin M. Mulcahy*
KEVIN M. MULCAHY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
313-226-9713
Kevin.Mulcahy@usdoj.gov

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case:2:21-cr-20104<br>Judge: Michelson, Laurie J.<br>MJ: Patti, Anthony P.<br>Filed: 02-10-2021 At 03:08 PM<br>INDI USA V JORDON SWITZER (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl[ete]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: |

**Case Title:** USA v. JORDON SWITZER

**County where offense occurred:** Oakland and elsewhere

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

___Indictment/___Information --- **no** prior complaint.
✓ Indictment/___Information --- based upon prior complaint [Case number: 21-mj-30030 ]
___Indictment/___Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

### Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**         **Charges**         **Prior Complaint (if applicable)**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 10, 2021
Date

Kevin M. Mulcahy
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9713
Fax:     (313) 226-2372
E-Mail address: kevin.mulcahy@usdoj.gov
Attorney Bar #: CA 211955

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.