UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORDON SWITZER,

    Defendant.

Case No. 21-20104
Honorable Laurie J. Michelson

**PRETRIAL ORDER REGARDING SCHEDULING
AND DISCOVERY ISSUES**

Jordon Switzer has been charged with child pornography offenses arising out of the alleged "sextortion" of a teenager who resides in the Eastern District of Michigan. (ECF No. 1.)

The trial is currently scheduled for April 4, 2023. (ECF No. 58.) The parties, however, are still dealing with two discovery issues. One pertains to Switzer's pending motion to compel the early production of the victim's recorded forensic interview under a protective order. (ECF No. 60.) The government opposes the motion. (ECF No. 62.) The Court heard oral argument on March 1, 2023 and took the motion under advisement. The Court also gave the parties until **March 8, 2023**, to final supplemental briefs of no more than five pages.

The second issue pertains to extractions of the victim's cellphone by Switzer's expert. If the parties are not able to resolve this issue, Switzer shall file a motion no later than **March 17, 2023**, and the government shall respond by **March 24, 2023**.

Thus, to give the parties adequate time to resolve these issues and prepare for trial, the April 4, 2023, trial date is hereby adjourned to **May 11, 2023**. The Court further finds that the ends of justice served by this continuance outweigh the interests of the public and the defendant in a speedy trial and will exclude from the speedy trial clock the time from April 4, 2023 through May 11, 2023. *See* 18 U.S.C. § 3161(h)(1) & (7).

SO ORDERED.

Dated: March 2, 2023

          s/Laurie J. Michelson
          LAURIE J. MICHELSON
          UNITED STATES DISTRICT JUDGE