UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                                 Case No. 2:21−cr−20104−LJM−APP
                                                     Hon. Laurie J. Michelson

Jordon Switzer,

                    Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   NOTICE of IN PERSON hearing on [68] MOTION to Admit Other Sexual Assault Evidence Pursuant to Federal Rules of Evidence 414 and 404(b) and [70] MOTION for Discovery as to Jordon Switzer. **Motion Hearing set for 4/6/2023 at 01:00 PM before District Judge Laurie J. Michelson** (EPar)

   All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 212.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                             By: s/Erica L Parkin
                                                      Case Manager

Dated:   March 27, 2023